1  SCOTTLYNN J HUBBARD, IV, SBN 212920
   LYNN HUBBARD, III, SBN 69773
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  JOHN KELLEY, SBN 168904
   HALKIDES, MORGAN & KELLEY
8  833 Mistletoe Lane
   Redding, CA 96002
   Telephone: (530) 221-8150
9  Fax: (503) 221-7963

10 Attorney for Defendant
   DURHAM UNIFIED SCHOOL DISTRICT
11

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 BRIANA BEAVER,                          Case No. CIV. S-06-02914-FCD-CMK

17        Plaintiff,
                                           **REQUEST FOR DISMISSAL AND**
18 v.                                      **ORDER**

19 COLLEGE BOARD; DURHAM UNIFIED
   SCHOOL DISCTICT,
20
         Defendants.
21 _____/

22        TO THE COURT AND ALL PARTIES:

23        Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff BRIANA BEAVER, and defendant

24 DURHAM UNIFIED SCHOOL DISTRICT, hereby request that the Court dismiss the above-

25 entitled action, without prejudice, **as to defendant DURHAM UNIFIED SCHOOL**

26 **DISTRICT *only*.**

27 *///*

28 *///*

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant DURHAM UNIFIED SCHOOL DISTRICT.

Dated: March 2, 2007   DISABLED ADVOCACY GROUP, APLC

 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorneys for Plaintiff

Dated: March 2, 2007   HALKIDES, MORGAN & KELLEY

 /s/ John Kelley
JOHN KELLEY
Attorneys for Defendant Durham Unified School District

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff **as to defendant DURHAM UNIFIED SCHOOL DISTRICT *only***, is hereby dismissed with prejudice. In light of this dismissal the Motion to Dismiss set for hearing on March 16, 2007 is DENIED as MOOT and the hearing date VACATED.

Dated: March 6, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE